IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| BARRI RINELLA,<br>　　　　Plaintiff<br><br>v.<br><br>ROSS DRESS FOR LESS, INC.<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>) CAUSE NO. _____<br>) (*Removed from Dubois Circuit Court,*<br>) *Cause No. 19C01-2006-CT-000279*)<br>)<br>)<br>) |

## **DEFENDANT, ROSS DRESS FOR LESS, INC.'S**
## **NOTICE OF REMOVAL**

Comes the Defendant, Ross Dress for Less, Inc. (hereinafter "Ross Dress, by Counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Southern District of Indiana at Evansville, hereby states as follows:

1.　Ross Dress is the named defendant in a lawsuit filed by Barri Rinella in the Dubois Circuit Court, Dubois County, Indiana, designated as Cause No. 19C01-2006-CT-000279. Ross Dress was served with the Plaintiff's Complaint on June 11, 2020. Copies of the Summons, Complaint, service of process of documentation, the Defendant's Answer to the Plaintiff's Complaint, the Defendant's Interrogatories and Requests for Production of Documents propounded upon Plaintiff, , and the Plaintiff's Answers to Defendant's Requests for Admissions are attached hereto as Exhibit 1 as required by 28 U.S.C. § 146(a). These are the only pleadings filed in this action.

2. This action is a civil action wherein the Plaintiff seeks an unspecified amount of damages for bodily injuries allegedly sustained as a result of an incident at Ross Dress' premises, which occurred on May 18, 2019. The Plaintiff has alleged temporary and permanent injuries and is seeking damages for (a) mental and physical pain and suffering; (b) the power and ability to labor and earn; (c) lost wages; and (d) past and future medical expenses.

3. According to the Plaintiff's Complaint, the Plaintiff is now and was at the time of the subject accident a resident of West Frankfort, Franklin County, Illinois.

4. Ross Dress is a Virginia corporation with its principle place of business located at 5130 Hacienda Drive, Dublin, California 94568. (See the Plaintiff's Complaint and the documents attached hereto as <u>Exhibit 2</u>).

5. Ross Dress is not now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the state of Indiana. Likewise, Ross Dress does not now nor did it at the time of the accident have its principle place of business in the state of Indiana.

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. Although the Complaint is silent regarding the amount of claimed damages, the Plaintiff filed answers to Requests for Admissions on July 23, 2020 in which she admitted that the amount in controversy is in excess of $75,000.00 (exclusive of interest and costs).

8. This Notice is filed within thirty (30) days after receipt of the Plaintiff's Answers to Requests for Admissions setting forth the amount claimed in this action and the time for filing this Notice under the statutes of the United States is not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Ross Dress for Less, Inc. by Counsel, hereby notifies the Court of its removal of this action from the Dubois Circuit Court in Dubois County, Indiana.

Respectfully submitted,

SCHILLER BARNES MALONEY PLLC

/s/ *Michael S. Maloney*

Michael S. Maloney, Esq.
Deanna M. Tucker, Esq.
SCHILLER BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 583-4777
FAX: (502) 583-4780
mmaloney@sbmkylaw.com
dtucker@sbmkylaw.com
*Counsel for Defendant,*
*Ross Dress for Less, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the **17th** day of August, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Robert T. Garwood, #32223-49
MORGAN & MORGAN
20 NW 3rd, Suite 940
Evansville, IN 47708
rgarwood@forthepeople.com
*Counsel for Plaintiff*

/s/ *Michael S. Maloney*

SCHILLER BARNES MALONEY PLLC