# EXHIBIT 2

**BUSINESS INFORMATION**
CONNIE LAWSON
INDIANA SECRETARY OF STATE
07/09/2020 11:21 AM

### Business Details

| | |
|---|---|
| Business Name: | **ROSS DRESS FOR LESS, INC.** |
| Entity Type: | **Foreign For-Profit Corporation** |
| Creation Date: | **02/07/2011** |
| Principal Office Address: | **5130 HACIENDA DR, DUBLIN, CA, 94568, USA** |
| Jurisdiction of Formation: | **Virginia** |
| Original Formation Date: | **01/14/2004** |

| | |
|---|---|
| Business ID: | **2011020800531** |
| Business Status: | **Active** |
| Inactive Date: | |
| Expiration Date: | **Perpetual** |
| Business Entity Report Due Date: | **02/28/2021** |
| Years Due: | |

### Principal Information

| Title | Name | Address |
|---|---|---|
| President | MICHAEL O'SULLIVAN | 5130 HACIENDA DRIVE, DUBLIN, CA, 94568, USA |
| CFO | MICHAEL HARTSHORN | 5130 HACIENDA DRIVE, DUBLIN, CA, 94568, USA |

### Registered Agent Information

| | |
|---|---|
| Type: | **Business Commercial Registered Agent** |
| Name: | **C T CORPORATION SYSTEM** |
| Address: | **334 North Senate Avenue, Indianapolis, IN, 46204, USA** |